■ BERARDI CONSTRUCTION, INC., Respondent, v 271 ATKINS AVE. CORP. et al., Appellants.—In an action, *inter alia,* on a construction contract, defendants appeal from a judgment of the Supreme Court, Nassau County, dated May 11, 1978, which, after a nonjury trial, was in favor of the plaintiff. Judgment affirmed, with costs. The Trial Justice, who saw and heard all of the witnesses, was presented with a pure question of fact. We would not be warranted in disturbing his findings. Latham, J. P., Suozzi, Gulotta, Shapiro and Cohalan, JJ., concur.

■ JUDITH P. EAGAN, as Executrix of JAMES P. EAGAN, Deceased, Appellant, v NEWSDAY, INC., Respondent.—Appeal from a decision of the Supreme Court, Nassau County, dated June 29, 1976, dismissed. No appeal lies from a decision. Order of the same court, dated July 21, 1976, affirmed. No opinion. Defendant is awarded one bill of $50 costs and disbursements to cover both appeals. Latham, J. P., Titone, Margett and Hawkins, JJ., concur.